IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WADE A. WALKER                                                                             PLAINTIFF

                      v.                   Civil No. 06-2158

FRANKLIN COUNTY, ARKANSAS;
FRANKLIN COUNTY ADULT DETENTION
CENTER; RYAN CIAMPOLI, Jailer; and
OFFICER JUSTIN PHILLIPS, Ozark City Police Officer        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Wade Walker filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2006. (Doc. 1). His complaint was filed in forma pauperis (IFP). At the time he filed the complaint, Walker was an inmate of the Franklin County Adult Detention Center.

The complaint was provisionally filed and Walker's IFP application was returned to him. (Doc. 2). Walker was directed to have the appropriate detention center personnel complete the certificate portion of the application and return it by October 2, 2006. (Doc. 2).

Walker has neither responded to the court's order nor communicated with the court regarding this matter. Further, there is no indication in the record to suggest that Walker failed to receive the court's order.

I therefore recommend Walker's complaint be dismissed on the grounds he has failed to obey an order of this court. *See* Fed. R. Civ. P. 41(b). **Walker has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Walker is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of October 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE