IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WADE A. WALKER                                                    PLAINTIFF

v.                          No. 06-2158

FRANKLIN COUNTY, ARKANSAS;
FRANKLIN COUNTY ADULT DETENTION
CENTER; RYAN CIAMPOLI, Jailer; and
OFFICER JUSTIN PHILLIPS, Ozark City
Police Officer                                                    DEFENDANTS

## ORDER

Now on this 22nd day of November 2006, there comes on for consideration the report and recommendation filed herein on October 19, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 3). Plaintiff's copy of the report and recommendation was returned as undeliverable to the clerk's office on October 30, 2006. On October 31, 2006, Judge Jones filed a Notice of Change of Address for Plaintiff directing the clerk to remail to Plaintiff the report and recommendation (Doc. 4). The clerk's notes indicate the report and recommendation was mailed to Plaintiff on October 31, 2006. Allowing three days for service by mail and ten days to file objections, Plaintiff's objections were due on November 17, 2006. Plaintiff filed no objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its

entirety. Accordingly, Plaintiff's complaint is dismissed on the grounds he has failed to obey an order of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge